IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED ENERGY PLUS TERMINALS, LLC**,<br><br>Plaintiff,<br><br>*v.*<br><br>**DEEP SERVICES, INC.,**<br><br>Defendant. | CIVIL ACTION<br><br>NO. 20-4824-KSM |

### ORDER

**AND NOW** this 6th day of April, 2021, after considering Plaintiff's Request for Default Judgment (Doc. No. 4), Plaintiff's Bill of Costs (Doc. No. 5), Plaintiff's supplemental memorandum (Doc. No. 7), and the arguments made by Plaintiff's counsel during oral argument on March 10, 2021; and the Clerk of Court having previously entered default against Defendant Deep Services, Inc. for failure to appear; and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the motion is **GRANTED in part** and **FINAL JUDGMENT** in the amount of **Three-Hundred Eighty-Seven Thousand Seven-Hundred Eighty-Five Dollars and Thirty-Three Cents** ($387,785.31 – the contract price plus costs) shall be entered against Defendant Deep Services Inc. and in favor of Plaintiff United Energy Plus Terminals, LLC.  Plaintiff's motion is **DENIED without prejudice**, as to Plaintiff's request for interest.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.